**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

| | | |
|---|---|---|
| BAYVIEW AVALON PETERSBURG, LLC, and BAYVIEW MW 1031, LLC, | * | |
| Plaintiffs, | * | |
| v. | * | CV 126-147 |
| FIDELITY AND GUARANTY INSURANCE COMPANY, | * | |
| Defendant. | * | |

**O R D E R**

The Court **GRANTS** the Joint Motion to Stay Discovery Pending Ruling on Plaintiffs' Motion for Remand (see doc. 22), and **STAYS** all discovery pending a ruling by the Court on Plaintiffs' Motion to Remand (doc. 16). The Court **DIRECTS** the Clerk to terminate the motion associated with the Rule 26(f) Report. (Doc. 21.) Should any portion of the case remain after resolution of Plaintiffs' Motion to Remand, the parties shall confer and submit a new Rule 26(f) Report, with proposed case deadlines, within seven days of the Court's ruling. In the event the ruling provides further instructions to the parties that justifies continuation of the

stay, the parties shall inform the Court to that effect in a status report to be filed within seven days of the ruling.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of September, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA